# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

RUSTEN MAY, BRYAN BOUDREAUX,
JOHN D. LEWIS, III, ERIC
JACKSON AND ALBERT J. WALKER

VERSUS

DAVID LACERTE, IN HIS
CAPACITY AS SECRETARY OF THE
LOUISIANA DEPARTMENT OF
VETERANS AFFAIRS, AND THE
STATE OF LOUISIANA THROUGH
THE DEPARTMENT OF VETERANS
AFFAIRS THROUGH ITS STATE
DIRECTOR OF VETERANS
AFFAIRS, BILL DIXON

NO.  2020 CW 1230

**APRIL 21, 2021**

---

In Re:    David Lacerte, In His Capacity as Secretary of the
          Louisiana Department of Veterans Affairs, and the
          State of Louisiana through the Department of Veterans
          Affairs through its State Director of Veterans
          Affairs, Bill Dixon, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 624049.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND LANIER, JJ.**

   **STAY DENIED; WRIT DENIED.**

                         **PMc**
                         **WIL**

   **Holdridge, J.,** dissents.  Since this writ raises a res nova
issue, I would grant certiorari and order that the matter be
briefed and argued.

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT